AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## —— DISTRICT OF HAWAII ——

| | |
|---|---|
| ANDREA LaBARGE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 04-00477SPK-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | January 10, 2006 |
| UNIVERSITY OF HAWAI'I, | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant. | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Summary Judgment is entered in favor of defendant and against plaintiff, as pursuant to the "ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" filed on December 28, 2005.

cc:    All Counsel of Record

| | |
|---|---|
| January 10, 2006 | SUE BEITIA |
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |